IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GRANGE INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-113 (LAG) |
| | * |
| MICHAEL EDWARD WRIGHT, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff.

This 25th day of February, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk